AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ROBERT MCGUIRE,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER:  **3:10-CV-00684-HDM-VPC**

ELDON K. MCDANIEL, et al,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED with prejudice for failure to state a claim for which relief may be granted.


 January 20, 2011                                              **LANCE S. WILSON**
    Date                                                          Clerk

                                                                  /s/   M. Campbell
                                                                      Deputy Clerk